Susan St. Vincent
Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California  95389
Telephone:  (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>CHELSEA GODINEZ,<br><br>            Defendant. | No.  6:17-MJ-0061-MJS<br><br>**MOTION TO DISMISS; AND ORDER THEREON** |

        Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and by leave of

Court endorsed hereon, the United States hereby moves the Court for an order of

dismissal without prejudice and in the interest of justice.

        .


        Dated:  March 27, 2018                    /S/ Susan St. Vincent_____
                                                                Susan St. Vincent
                                                                Legal Officer
                                                                Yosemite National Park

1

## ORDER

Upon application of the United States, and good cause having been shown therefor, IT IS HEREBY ORDERED that the above referenced matter, *United States v. Godinez* 6:17-mj-0061-MJS, be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated:   March 28, 2018        /s/ *Michael J. Seng*
                               UNITED STATES MAGISTRATE JUDGE